UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOANN M. RINERE

                    Plaintiff(s)

-vs-                                                03-Cv-6255T

ROCHESTER CITY SCHOOL DISTRICT,
DR. CONSTANCE GRAHAM

                    Defendant(s)

---

    The Court having received a Stipulation of Settlement and Order of Dismissal pending plaintiff's receipt of eight thousand dollars ($8,000.00), it is hereby,

    ORDERED, that the above action is hereby dismissed with prejudice. The Court retains jurisdiction over the effectuation of the settlement.

    SO ORDERED.

                                                MICHAEL A. TELESCA
                                              United States District Judge

Dated: June 27, 2006